**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6645**

———————————

OSCAR PEREZ,

        Plaintiff - Appellant,

    v.

RONNIE LANE HUNEYCUTT; ERIC DYE, Deputy Warden; JEFFREY DUNCAN, Deputy Warden; DARREN DAVES, Green Unit Manager,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:22-cv-00076-MR)

———————————

Submitted:  June 30, 2025                      Decided:  August 7, 2025

———————————

Before RICHARDSON and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Oscar Perez, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Perez appeals the district court's order granting summary judgment to Appellees on his amended 42 U.S.C. § 1983 complaint and striking his proposed surreply. Preliminarily, we grant Perez's motion for leave to file a supplemental informal brief, but we deny his motion for assignment of counsel. We have reviewed the record in the light most favorable to Perez and find no reversible error in the district court's grant of summary judgment. *See Dean v. Jones*, 984 F.3d 295, 301 (4th Cir. 2021) (stating standard of review). Nor do we discern any abuse of discretion in the district court's decision to strike Perez's unauthorized surreply. *See FDIC v. Cashion*, 720 F.3d 169, 176 (4th Cir. 2013) (stating standard of review). Accordingly, we affirm the district court's order. *Perez v. Huneycutt*, No. 5:22-cv-00076-MR (W.D.N.C. June 20, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*